187 So.2d 448

**Dr. Billy D. KING and Cyrus M. Wiley**

**v.**

**J. W. KING.**

**No. 48280.**

June 22, 1966.

In re: Dr. Billy D. King and Cyrus M. Wiley applying for certiorari or writ of review, to the Court of Appeal, Third Circuit, Parish of Concordia. 185 So.2d 893.

Application not considered. Not timely filed. See Section 11 of Art. 7 of Constitution.

187 So.2d 448

**Lee COLLIER, on behalf of the minor, Monroe Collier,**

**v.**

**SOUTHERN CASUALTY INSURANCE COMPANY et al.**

**No. 48273.**

June 22, 1966.

In re: Lee Collier, on behalf of his minor son, Monroe Collier, applying for certio-rari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Sabine. 186 So.2d 161.

Writ refused. There is no error of law in the judgment complained of.